RECEIVED IN
The Court of Appeals
Sixth District

AUG 1 3 2015

Texarkana, Texas
Debra Autrey, Clerk

CASE NO. 06-15-00038-CV

IN THE

COURT OF APPEALS FOR THE

SIXTH DISTRICT OF TEXAS

AT TEXARKANA, TEXAS

FILED IN
The Court of Appeals
Sixth District

AUG 1 3 2015

Texarkana, Texas
Debra K. Autrey, Clerk

IN THE MATTER OF THE MARRIAGE OF

AMANDA CHERI BRADSHAW
Petitioner/Appellant

AND

BARNEY SAMUEL BRADSHAW
Respondent/Appellee

Appeal from the County Court at Law
Rusk County, Texas
Cause No. 2013-09-482-CCL
The Honorable Chad Dean, Presiding

APPELLEE'S MOTION FOR RECUSAL
AND TRANSFER

TO THE HONORABLE JUSTICES OF THE SIXTH COURT OF APPEALS:

COMES NOW, BARNEY SAMUEL BRADSHAW, Respondent/Appellee in the above-referenced case and submits his motion for recusal and transfer. In support of said motion Appellee shows the Court the following.

I.

Appellee objects to the hearing and deciding of this case by Chief Justice Josh R. Morriss, III, Justice Bailey C. Moseley and Justice Ralph K. Burgess. Said Justices rendered the judgment and opinion in Appellee's criminal case in Case No. 06-14-00165-CR,

1

which was entered into evidence in this case by Appellant in her Motion to Reopen Evidence as Exhibit B. Appellee believes that a conflict of interest exists and that said Justices may not act in an impartial manner.

## II.

This case has been previously appealed to the Court of Appeals for the Twelfth District of Texas in Case No. 12-14-00056-CV. Said Court is already familiar with this case and had issued a judgment reversing and remanding the trial court's judgment for further proceedings.

## III.

Appellee believes that Appellant has filed her appeal in this Court for the sole purpose of gaining an advantage due to Appellee's criminal appeal.

## PRAYER

WHEREFORE, PREMISES CONSIDERED, Appellee, Barney Samuel Bradshaw, prays that the Court grant this motion and each of said Justices recuse themselves from this case. Appellee further prays that this case is transfered back to the Court of Appeals for the Twelfth District of Texas.

Respectfully submitted,

BARNEY SAMUEL BRADSHAW
APPELLEE
TDCJ No. 01942978
Mark W. Michael Unit
2664 FM 2054
Tennessee Colony, Texas 75886

2

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the fore-going motion has been served by placing same in the United States Mail, postage prepaid, on this 10th day of August, 2015, addressed to Ebb B. Mobley, Attorney for Appellant, P.O. Box 2309, Longview, Texas 75606.

*Barney Samuel Bradshaw*

BARNEY SAMUEL BRADSHAW
APPELLEE

3